IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| **MELINDA CASSIDY,** | 6:19-cv-0201-GFVT |
| **Plaintiff,** | |
| v. | |
| | **PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| **AETNA LIFE INS. CO.,** <br> 151 FARMINGTON AVENUE <br> RW61 <br> HARTFORD, CT 06156 | |
| **Defendant.** | |

Now comes the Plaintiff, Melinda Cassidy, by and through counsel, and hereby states as follows for her First Amended Complaint herein:

## PARTIES

1. Plaintiff is a citizen of the Commonwealth of Kentucky and is a resident of Whitley County, Kentucky.

2. At all times herein mentioned, the Defendant, Aetna Life Insurance Company, (hereinafter, "Aetna") was and is a corporation existing under the laws of incorporation of the State of Connecticut, with its principal place of business in Hartford, Connecticut, and doing business within this judicial district.

3. This Defendant transacts business in Whitley County, Kentucky, and the claims herein arose in Whitley County, Kentucky.

## JURISDICTION AND VENUE

4. This action arises under the Employee Retirement Income Security Act of 1974, as amended, 28 U.S.C. §1001-1461 (ERISA) and federal common law created and existing pursuant to ERISA.

5. Jurisdiction over this venue is proper under ERISA 29 U.S.C.§1132 and 29 U.S.C. § 1331 (federal question jurisdiction).

6. Venue is proper in this Court pursuant to ERISA, 29 U.S.C. §1132(e) because the "Plan" described herein is administered in this district and the breach of the terms of the Plan took place in this district.

7. This Plaintiff has exhausted all levels of administrative appeal of the decision denying benefits.

## FACTUAL ALLEGATIONS

8. Plaintiff has applied for Long-Term Disability Benefits with Aetna and was denied, receiving her final decision on February 28, 2019.

9. Plaintiff was born on April 28, 1964, and at all times relevant herein, she was a senior analyst with General Dynamics who has been out of work since June 28, 2018, due to chronic fatigue syndrome.

10. She additionally has diagnoses of (but not limited to) the following: insomnia, gastrointestinal issues, and cognitive decline, all of which affect her functionality.

11. Plaintiff contends that she has suffered for nearly twenty (20) years with the aforementioned ailments.

12. She currently suffers from extreme fatigue, inability to focus on tasks, severe weakness, heat and cold intolerance, poor cognitive ability, poor memory, joint pain, neck pain, hives, sore throat, constipation, unrestful sleep, poor appetite and diet, and migraines. She also is forced to have her husband assist her with tasks and experiences insomnia.

13. Plaintiff recently was approved for Social Security Disability due to her nearly twenty-year struggle with chronic fatigue syndrome ("Encephalomyelitis").

14. In October 2017, the Plaintiff began to miss work significantly and there were days that she could not complete her work, despite having an at-home position.

15. Plaintiff experienced her worst year in 2018 with regard to infections that had been surfacing, including multiple cases of strep throat, different strains of throat bacteria, two cases of H. pylori in her stomach, two urinary tract infections, and one case of shingles.

16. In that same year, she underwent a tonsillectomy due to her continuing strep throat infections and chronic sore throat and different bacteria growths were found in her throat.

17. In 2018, Gloria Taylor, APRN, noted the following on May 10, 2018:

> Symptoms [for Plaintiff] include persistent fatigue, activity limitation, memory impairment, post-exertional malaise lasting more than 24 hours, non-restorative sleep, myalgias, headache and sore throat. Onset was year(s) ago. There is no known event that preceded symptom onset. The symptoms occur constantly. The episodes occur daily. The patient describes this as severe and worsening. Symptoms are exacerbated by

activity, exercise and stress. Symptoms are not relieved by rest. Associated symptoms include anxiety, brain fog and depressed mood. The patient is not currently being treated for this problem. Initial diagnosis of chronic fatigue syndrome was year(s) ago. The general course since diagnosis has included gradual worsening. Associated conditions include anxiety disorder, depression and fibromyalgia. Pertinent family history includes anxiety and depression. The patient is currently able to do activities of daily living with limitations.

**CAUSE OF ACTION: CLAIM UNDER ERISA, 29 U.S.C.A. § 1132(A)(1)(B)**

18.   Plaintiff hereby incorporates by reference as if fully set forth herein, each and every allegation contained in paragraphs 1 through 17, inclusive, of this Complaint.

19.   The LTD plan issued by Defendant constitutes an "Employee Welfare Benefit Plan and "Welfare Plan" as those terms are defined by 29 U.S.C. §1002(1).

20.   General Dynamics was Plaintiff's "employer" as that term is defined by 29 U.S.C. §1002(f).

21.   Plaintiff is an "employee" and "participant" in the Plan as those terms are defined by 29 U.S.C. §1002(6)-(7).

22.   Plaintiff used the product for its intended purpose.

23.   Defendant is a "party in interest" as that term is defined by 29 U.S.C. § 1002(14). Defendant also acts as the "administrator" of that Plan as that term is defined by 29 U.S.C. §1002.

24.   Defendant exercises authority and control respecting management of the Plan and has authority and responsibility in the administration of the Plan.

25. Pursuant to 29 U.S.C. § 1132(a)(1)(B), the Plaintiff is a plan participant or beneficiary bringing this action to recover benefits due to her under the terms of her plan with the Defendant and to enforce her rights under the terms of the plan, in addition to obtaining a clarification of benefits for future payments.

26. Due to the Defendant wrongfully denying the Plaintiff benefits under her policy on or around February 28, 2019, Plaintiff has sustained damages, despite her presenting adequate medical records that she was entitled to her benefits.

27. As a direct and proximate cause of Defendant's improper denial of the policy and plan described herein, Plaintiff has been damaged in an amount to be determined at trial, has incurred attorney's fees and is entitled to an order awarding her such benefits.

WHEREFORE, Plaintiff prays for judgment as the Defendant as follows:

A. For an Order directing Defendant to provide Plaintiff with a true and accurate copy of the entire contents of any and all files and documents which Defendant, or any Plan Administrator, in any way gathered, utilized or had access to, the time concerning the claims by Plaintiff for Long Term Disability Benefits as described herein, including without limitation, the Plan Description, Summary Plan Description, Plan Administrator's File, applications and other documents, submitted by Plaintiff, medical records, vocational reports and other evidence available to the Plan Administrator and/or Trustees, including interoffice memoranda, internal documents, correspondences and notices;

B. For a declaratory judgment adjudging that Plaintiff is entitled to Long Term Disability benefits, and for a money judgment for all benefits due under the

Plan to Plaintiff from the date of Plaintiff's entitlement to the date of such judgment, including pre-judgment and post-judgment interest on such benefits;

    C.    For an injunction directing Defendant to pay to Plaintiff all future disability benefits as they become due after entry of judgment;

    D.    For an order of restitution;

    E.    For reasonable attorney's fees and costs incurred herein pursuant to 29 U.S.C. §1132(g); and,

    F.    For any and all legal or equitable relief as the Court deems appropriate pursuant to 29 U.S. §1132(g)(3).

    Respectfully submitted,

By: <u>JEREMY W. BRYANT</u>
    JEREMY W. BRYANT, ESQ.
    COPELAND & ROMINES, PLLC
    1305 South Main Street
    P.O. Drawer 1580
    Corbin, KY 40702
    606-523-5100
    606-523-5103 (f)
    jeremy@copelandandromines.com
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been filed with the Court on this the 30th day of October, 2019, via the CM/ECF system and that the foregoing was served via the CM/ECF system by electronic mail or via U.S. mail, postage prepaid, and properly addressed to the following:

Hon. William B. Wahlheim, Jr.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618

                                    /s/ Jeremy W. Bryant
                                    JEREMY W. BRYANT, ESQ
                                    *Attorney for Plaintiff*